IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| U.S. BANCORP EQUIPMENT FINANCE, INC., a corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE No. 3:05cv481-T<br>) |
| R & R FREIGHT COMPANY, INC., a corporation, and WILLIAM A. ROBERTS, an individual, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## COMPLAINT

Comes now the plaintiff, U.S. Bancorp Equipment Finance, Inc. ("US Bancorp"), and for its complaint against the defendants, R & R Freight Company, Inc. ("R & R Freight"), and William A. Roberts ("Roberts"), says as follows:

## JURISDICTION

1.  US Bancorp is a corporation organized and existing under the laws of the State of Oregon with its principal place of business in the State of Oregon.

2.  Upon information and belief, R & R Freight is a corporation organized and existing under the laws of the State of Alabama with its principal place of business in the State of Alabama.

3.  Upon information and belief, the individual defendant is believed to be an adult resident of Tallapoosa County, Alabama.

4.  The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

1

5.  This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1).

## COUNT ONE

6.  US Bancorp incorporates herein all allegations and averments of paragraphs 1 through 5 above.

7.  Pursuant to a Master Equipment Lease dated March 30, 2001, Lease No. 0013834 and Supplements No. 001 and No. 002 thereto (the "Corporate Lease"), R & R Freight leased the following tractors from First Star Equipment Finance, now U.S. Bancorp.:

| MAKE & MODEL | VIN # |
|---|---|
| 2001 Freightliner Tractor Model FLD132 | 1FUPUSZB31LG04673 |
| 2001 Freightliner Tractor Model FLD132 | 1FUJCLCGX1LG04687 |
| 2001 Freightliner Tractor Model FLD132 | 1FUJAPCG41LH22831 |

A true and correct copy of the Corporate Lease is attached hereto as Exhibit A.

8.  R & R Freight defaulted in payment under the Corporate Lease, and the tractors were repossessed. After selling the tractors and applying credit to the lease, the balance owed to US Bancorp is $123,956.73. This amount does not include attorney's fees or other charges, which are provided for in the lease.

WHEREFORE, PREMISES CONSIDERED, the plaintiff, U.S. Bancorp Equipment Finance, Inc., respectfully demands judgment against defendant R & R Freight Company, Inc., in the principal amount of $123,956.73, plus interest, all costs of collection including, but not limited to, reasonable attorneys' fees and expenses, and other charges. US Bancorp further prays that this Court will grant such other and further relief as it may deem appropriate.

## COUNT TWO

9. U.S. Bancorp incorporates herein all allegations and averments of paragraphs 1 through 8 above.

10. As a condition of US Bancorp entering into the Corporate Lease, Roberts executed and submitted to US Bancorp an absolute, unconditional, and unlimited guaranty of the lease. A true and correct copy of the guaranty is attached hereto as Exhibit B.

11. Pursuant to his guaranty, Roberts is indebted to US Bancorp in the amount of $123,956.73, plus attorneys' fees and other charges, all of which are provided for in the lease.

WHEREFORE, PREMISES CONSIDERED, the plaintiff, U.S. Bancorp Equipment Finance, Inc., respectfully demands judgment against defendant William A. Roberts in the principal amount of $123,956.73, plus interest, all costs of collection including, but not limited to, reasonable attorneys' fees and expenses, and other charges. US Bancorp further prays that this Court will grant such other and further relief as it may deem appropriate.

## COUNT THREE

12. US Bancorp incorporates herein all allegations and averments of paragraphs 1 through 11 above.

13. Pursuant to a Master Equipment Lease dated March 30, 2000, Lease No. 0010951 and Supplement No. 001 thereto (the "Individual Lease"), Roberts leased the following tractors from First Star Equipment Finance, now U.S. Bancorp.:

| MAKE & MODEL | VIN # |
|---|---|
| 2000 Freightliner Tractor Model FLD120 | 1FUPCSZB2YL1132769 |
| 2000 Freightliner Tractor Model FLD120 | 1FUPCSZB9YLH32770 |
| 2000 Freightliner Tractor Model FLD120 | 1FUPCSZB0YLH32771 |

3

A true and correct copy of the Individual Lease is attached hereto as Exhibit C.

14.  Roberts defaulted in payment under the Individual Lease, and the tractors were repossessed. After selling the tractors and applying credit to the lease the balance owed to US Bancorp is $117,214.36. This amount does not include attorney's fees or other charges, which are provided for in the lease.

WHEREFORE, PREMISES CONSIDERED, the plaintiff, U.S. Bancorp Equipment Finance, Inc., respectfully demands judgment against defendant William A. Roberts in the principal amount of $117,214.36, plus interest, all costs of collection including, but not limited to, reasonable attorneys' fees and expenses, and other charges. US Bancorp further prays that this Court will grant such other and further relief as it may deem appropriate.

_____
C. Ellis Brazeal III,
Attorney for the Plaintiff,
U.S. Bancorp Equipment Finance, Inc.

**OF COUNSEL:**

WALSTON, WELLS, ANDERSON,
 & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5237
Telecopier: (205) 244-5437

**PLEASE RETURN COMPLAINT TO COUNSEL FOR US BANCORP FOR SERVICE.**