AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

U.S. Bancorp Equipment Finance, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

R & R Freight Company, Inc. and William A. Roberts

CASE NUMBER: 3:05-cv-481-T-C

TO: (Name and address of Defendant)

R & R Freiht Company, Inc.
4185 Washington Street
Alexander City, Alabama 35010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clyde Ellis Brazeal III
Walston, Wells, Anderson & Birchall, LLP
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203

**RETURNED AND FILED**

**JUN - 7 2005**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    May 26, 2005
CLERK                                               DATE

X _Donna M. Moulfeet_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: R & R Freight Company, Inc. 4185 Washington Street Alexander City, AL. 35010

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: William Roberts

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  31 May 2005    Loyd L Anderson
              Date              Signature of Server

PO Box 11315
Birmingham, AL. 35202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

U.S. Bancorp Equipment Finance, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

R & R Freight Company, Inc. and William A. Roberts

CASE NUMBER: 3:05-CV-0481-T-C

TO: (Name and address of Defendant)

William A. Roberts
4185 Washington Street
Alexander City, Alabama 35010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clyde Ellis Brazeal III
Walston, Wells, Anderson & Birchall, LLP
1819 5th Avenue North
Suite 1100
Birmingham, Alabama 35203

**RETURNED AND FILED**

**JUN - 7 2005**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                          May 26, 2005

CLERK                                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: R & R Freight Company Inc. 4185 Washington Street Alexander City, AL. 35010

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  31 May 2005          Loyd L Anderson
                 Date                    Signature of Server

P O Box 11315
Birmingham, AL. 35202
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.