**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **U.S. BANCORP EQUIPMENT FINANCE,** | ) | |
| **INC., a corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE No. 05-481-T-C** |
| | ) | |
| **R & R FREIGHT COMPANY, INC., a** | ) | |
| **corporation, and WILLIAM A. ROBERTS,** | ) | |
| **an individual,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AMENDMENT TO COMPLAINT**

Comes now the plaintiff, U.S. Bancorp Equipment Finance, Inc. ("US Bancorp"), and hereby amends its complaint against the defendants, R & R Freight Company, Inc. ("R & R Freight"), and William A. Roberts ("Roberts"), as follows:

Paragraph 3 of the original complaint is hereby stricken in its entirety and replaced with the following language:

"Upon information and belief, the individual defendant is believed to be an adult citizen of the State of Alabama. He is believed to reside in Tallapoosa County, Alabama."

\s\ C. Ellis Brazeal III
C. Ellis Brazeal III,
Attorney for the Plaintiff,
U.S. Bancorp Equipment Finance, Inc.

1

**OF COUNSEL:**

WALSTON, WELLS, ANDERSON,
 & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone:  (205) 244-5237
Telecopier: (205) 244-5437


**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing Amendment to Complaint
has been served by placing same in the first class United States mail, properly addressed and
postage prepaid, as follows:

    R & R Freight Company, Inc.
    4185 Washington Street
    Alexander City, Alabama 35010

    R & R Freight Company, Inc.
    PO Box 125
    Kellyton, Alabama 35089

    William A. Roberts
    4185 Washington Street
    Alexander City, Alabama 35010

    William A. Roberts
    PO Box 125
    Kellyton, Alabama 35089


   This the \7th\ day of  June, 2005.


        \s\C. Ellis Brazeal III
        OF COUNSEL