**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

June 8, 2005

# NOTICE OF CORRECTION

**To:**                All Counsel of Record

**From:**              Clerk's Office

**Case Style:**        U. S. Bancorp Equipment Finance, Inc. V. R & R Freight Company, Inc., et al.

**Case Number:**       #3:05-cv-00481-MHT-CSC

**Referenced Document:**   Document #5
                           Amendment to Complaint

**This Notice has been docketed to enter the corrected certificate of service into the record and to correct the deficiency. The original certificate of service did not contain the /s/ on the attorney's signature. The corrected pdf is attached to this notice.**