IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| U.S. BANCORP EQUIPMENT FINANCE INC., a corporation, ) ) ) Plaintiff, ) ) vs. ) R & R FREIGHT COMPANY, INC., a ) Corporation, and WILLIAM A. ) ROBERTS, an individual, ) ) Defendant. ) | CIVIL ACTION NO. 05-481-T-C |

**VERIFIED MOTION FOR ENTRY OF DEFAULT
AND FOR DEFAULT JUDGMENT**

Pursuant to Rule 55, Fed. R. Civ. P., plaintiff, U.S. BANCORP EQUIPMENT FINANCE, INC. ("U.S. BANCORP"), moves this Court to enter default and a default judgment against defendant, R & R Freight Company, Inc. ("R & R Freight") in the amount of $128,831.70 and William A. Roberts ("Roberts") in the amount of $246,046.06. In support of its motion, U.S. BANCORP respectfully states as follows:

1.  On May 23, 2005, U.S. BANCORP filed this action against defendants R & R Freight and Roberts. The facts and allegations of the Complaint are supported by the affidavit of U.S. BANCORP attached hereto as Exhibit A.

2.  On May 31, 2005, R & R Freight and Roberts were both personally served with the Summons and Complaint.

3.  More than twenty (20) days have elapsed since service of the Summons and Complaint upon the defendants R & R Freight and Roberts, and defendants have failed to plead or otherwise defend, as verified herein.

4. Upon information and belief, the defendant R & R Freight Company, Inc., is a corporation, and is not a minor, incompetent, or in the service of the U. S. Military since the filing of this suit or for a period of six (6) months prior to such filing.

5. Upon information and belief, the defendant William A. Roberts, is not a minor, incompetent, or in the service of the U. S. Military since the filing of this suit or for a period of six (6) months prior to such filing.

6. The Affidavit of David A. O'Hara, which is attached hereto as Exhibit 1 and incorporated by reference herein, establishes that defendant R & R Freight, is indebted to U.S. Bancorp in the amount of $123,956.73 and that defendant Roberts is indebted to U.S. Bancorp in the amount of $241,171.09, exclusive of attorneys' fees and other costs of collection, all of which are provided for in the agreement between the parties.

7. Further, the Affidavit of C. Ellis Brazeal III which is attached hereto as Exhibit 2 and incorporated by reference herein, establishes that U.S. Bancorp has incurred $4,874.97 in attorneys' fees and expenses in this case. Plaintiff believes this to be a reasonable attorneys' fee for this action. The legal services rendered in connection with the collection of the indebtedness owed to U.S. Bancorp in this case was necessary and authorized.

WHEREFORE, premises considered, U.S. BANCORP prays that this Court will grant its motion; will order the clerk to enter default against defendants R & R Freight and Roberts; will enter a judgment by default in favor of U.S. Bancorp and against defendant R & R Freight in the amount of $128,831.70 and against Roberts in the amount of $246,046.06. U.S. BANCORP prays for such other and different relief that this Court deems appropriate.

\s\ C. Ellis Brazeal III
C. Ellis Brazeal III
Attorneys for U.S. Bancorp Equipment Finance, Inc.

**OF COUNSEL:**

WALSTON, WELLS, & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## VERIFICATION

Before me, the undersigned authority, personally appeared C. Ellis Brazeal, III who, being by me first duly sworn, deposes and says on oath that he is a partner of Walston, Wells & Birchall, LLP, the attorney of record for U.S. Bancorp Equipment Finance, Inc., plaintiff in the above-styled cause; that he is authorized to execute this affidavit on behalf of the plaintiff; that except as otherwise stated, he has personal knowledge of the facts contained in the above and foregoing Verified Motion for Entry of Default and for Default Judgment, and said facts are true and correct unless otherwise stated.

_____
C. Ellis Brazeal III

SWORN TO AN SUBSCRIBED before me this 21st day of October, 2005.

_____
Notary Public

My Commission Expires: 2/14/09

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Verified Motion for Entry of Default and for Default Judgment has been served, by placing same in the United States mail, properly addressed and postage prepaid, to the following:

R & R Freight Company, Inc.
4185 Washington Street
Alexander City, Alabama 35010

R & R Freight Company, Inc.
PO Box 125
Kellyton, Alabama 35089

William A. Roberts
4185 Washington Street
Alexander City, Alabama 35010

William A. Roberts
PO Box 125
Kellyton, Alabama 35089

Sid Barnes
Barnes & Radney PC
PO Drawer 877
Alexander City, AL 35011


This the \21st\ day of October, 2005.


                \s\ C. Ellis Brazeal III
                Of Counsel