**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

October 24, 2005

## NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

**Case Style:**          U. S. Bancorp Equipment Finance, Inc. v. R&R Freight Co., Inc., et al.

**Case Number:**          #3:05-cv-00481-MHT-CSC

**Referenced Pleading:**   Verified Motion for Entry of Default and for Default Judgment

**Docket Entry Number:**   #7

The referenced pleading was electronically filed on October 21, 2005 in this case and is not in compliance with the local rules and/or administrative procedures of this court.

******The referenced pleading should first be submitted to the court as an Application for Entry of Default by the Clerk. A separate Motion for Default Judgment should be submitted to the court once the Clerk's Entry of Default has been entered on the record.

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**