**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                     TELEPHONE (334) 954-3600

October 25, 2005

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

**Case Style:   U. S. Bancorp Equipment Finance, Inc. V. R & R Freight Company**

**Case Number: 3:05cv481-T**

**Referenced Pleading: First Motion for Default Judgment**

**Docket Entry Number: #9**

**The referenced pleading was electronically filed on 10/24/05 in this case and is not in compliance with the local rules and/or administrative procedures of this court.**

**\*\*\*\*\*\*The referenced pleading should first be submitted to the court as an Application for Entry of Default by the Clerk. A separate Motion for Default Judgment should be submitted to the court once the Clerk's Entry of Default has been entered on the record.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**