IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| U.S. BANCORP EQUIPMENT FINANCE INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>R & R FREIGHT COMPANY, INC., a Corporation, and WILLIAM A. ROBERTS, an individual,<br><br>Defendant. | CIVIL ACTION NO. 05-481-T-C |

## APPLICATION BY CLERK FOR ENTRY OF DEFAULT

Pursuant to Rule 55, Fed. R. Civ. P., plaintiff, U.S. BANCORP EQUIPMENT FINANCE, INC. ("U.S. BANCORP"), moves this Court to enter default against defendant R & R Freight Company, Inc. ("R & R Freight") and defendant William A. Roberts ("Roberts"). In support of its application, U.S. BANCORP respectfully states as follows:

1. On May 23, 2005, U.S. BANCORP filed this action against defendants R & R Freight and Roberts. The facts and allegations of the Complaint are supported by the affidavit of U.S. BANCORP attached hereto as Exhibit A.

2. On May 31, 2005, R & R Freight and Roberts were both personally served with the Summons and Complaint.

3. More than twenty (20) days have elapsed since service of the Summons and Complaint upon the defendants R & R Freight and Roberts, and defendants have failed to plead or otherwise defend, as verified herein.

4. Upon information and belief, the defendant R & R Freight Company, Inc., is a corporation, and is not a minor, incompetent, or in the service of the U. S. Military since the

filing of this suit or for a period of six (6) months prior to such filing.

      5.     Upon information and belief, the defendant William A. Roberts, is not a minor, incompetent, or in the service of the U. S. Military since the filing of this suit or for a period of six (6) months prior to such filing.

      6.     Accordingly, default is due to be entered against each defendant.

WHEREFORE, premises considered, U.S. BANCORP prays that the Clerk will enter default against defendants R & R Freight and Roberts. U.S. BANCORP prays for such other and different relief that this Court deems appropriate.

\s\ C. Ellis Brazeal III
C. Ellis Brazeal III
Attorneys for U.S. Bancorp Equipment Finance, Inc.

**OF COUNSEL:**

WALSTON, WELLS, & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## **VERIFICATION**

      Before me, the undersigned authority, personally appeared C. Ellis Brazeal, III who, being by me first duly sworn, deposes and says on oath that he is a partner of Walston, Wells & Birchall, LLP, the attorney of record for U.S. Bancorp Equipment Finance, Inc., plaintiff in the above-styled cause; that he is authorized to execute this affidavit on behalf of the plaintiff; that except as otherwise stated, he has personal knowledge of the facts contained in the above and foregoing Application By Clerk for Entry of Default, and said facts are true and correct unless otherwise stated.

_____
C. Ellis Brazeal III

SWORN TO AN SUBSCRIBED before me this 25th day of October, 2005.

_____
Notary Public

My Commission Expires: 2/16/09

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Application By Clerk for Entry of Default has been served, by placing same in the United States mail, properly addressed and postage prepaid, to the following:

  R & R Freight Company, Inc.
  4185 Washington Street
  Alexander City, Alabama 35010

  R & R Freight Company, Inc.
  PO Box 125
  Kellyton, Alabama 35089

  William A. Roberts
  4185 Washington Street
  Alexander City, Alabama 35010

  William A. Roberts
  PO Box 125
  Kellyton, Alabama 35089

  Sid Barnes
  Barnes & Radney PC
  PO Drawer 877
  Alexander City, AL 35011


  This the \25th\ day of October, 2005.


            \s\ C. Ellis Brazeal III
            Of Counsel