IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| U. S. BANCORP EQUIPMENT FINANCE, INC., a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>R & R FREIGHT COMPANY, INC., a corporation, and WILLIAM A ROBERTS, an individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:05-cv-481-N<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF DEFAULT

It appearing that defendants R & R Freight and William A Roberts, were duly served with a copy of the summons and complaint on May 31, 2005, as set out in the affidavit of C. Ellis Brazeal III, and said defendants have failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on October 25, 2005, by plaintiff's attorney.

DEFAULT is hereby entered against said defendants, R & R Freight and William A Roberts

DONE THIS 26th day of   October  , 2005.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA