IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| U.S. BANCORP EQUIPMENT FINANCE INC., a corporation, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 05-481-T-C |
| R & R FREIGHT COMPANY, INC., a Corporation, and WILLIAM A. ROBERTS, an individual, ) ) ) ) ) | |
| Defendant. ) | |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55, Fed. R. Civ. P., plaintiff, U.S. BANCORP EQUIPMENT FINANCE, INC. ("U.S. BANCORP"), moves this Court to enter default and a default judgment against defendant, R & R Freight Company, Inc. ("R & R Freight") in the amount of $128,831.70 and William A. Roberts ("Roberts") in the amount of $246,046.06. In support of its motion, U.S. BANCORP respectfully states as follows:

1. On May 23, 2005, U.S. BANCORP filed this action against defendants R & R Freight and Roberts. The facts and allegations of the Complaint are supported by the affidavit of U.S. BANCORP attached hereto as Exhibit A.

2. On October 26, 2005, the clerk of this Court entered a default against the defendants for failure to plead or otherwise defend.

3. The Affidavit of David A. O'Hara, which is attached hereto as Exhibit 1 and incorporated by reference herein, establishes that defendant R & R Freight, is indebted to U.S. Bancorp in the amount of $123,956.73 and that defendant Roberts is indebted to U.S. Bancorp in the amount of $241,171.09, exclusive of attorneys' fees and other costs of collection,

all of which are provided for in the agreement between the parties.

4. Further, the Affidavit of C. Ellis Brazeal III which is attached hereto as Exhibit 2 and incorporated by reference herein, establishes that U.S. Bancorp has incurred $4,874.97 in attorneys' fees and expenses in this case. Plaintiff believes this to be a reasonable attorneys' fee for this action. The legal services rendered in connection with the collection of the indebtedness owed to U.S. Bancorp in this case was necessary and authorized.

5. Accordingly, judgment by default is due to be rendered in favor of U.S. Bancorp and against R & R Freight in the amount of $128,831.70, and against William A. Roberts in the amount of $246,046.06.

WHEREFORE, premises considered, U.S. BANCORP prays that this Court will enter a judgment by default in favor of U.S. Bancorp and against defendant R & R Freight, Inc., in the amount of $128,831.70 and against William A. Roberts in the amount of $246,046.06. U.S. BANCORP prays for such other and different relief that this Court deems appropriate.

\s\ C. Ellis Brazeal III
C. Ellis Brazeal III
Attorneys for U.S. Bancorp Equipment Finance, Inc.

**OF COUNSEL:**

WALSTON, WELLS, & BIRCHALL, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion for Default Judgment has been served, by placing same in the United States mail, properly addressed and postage prepaid, to the following:

R & R Freight Company, Inc.
4185 Washington Street
Alexander City, Alabama 35010

R & R Freight Company, Inc.
PO Box 125
Kellyton, Alabama 35089

William A. Roberts
4185 Washington Street
Alexander City, Alabama 35010

William A. Roberts
PO Box 125
Kellyton, Alabama 35089

Sid Barnes
Barnes & Radney PC
PO Drawer 877
Alexander City, AL 35011


This the \31st\ day of October, 2005.


                \s\ C. Ellis Brazeal III
                Of Counsel