**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **U.S. BANCORP EQUIPMENT FINANCE, INC., a corporation,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 05-481-T-C** |
| ) | |
| **R & R FREIGHT COMPANY, INC., a Corporation, and WILLIAM A. ROBERTS, an individual,** ) | |
| ) | |
| **Defendant.** ) | |

### AFFIDAVIT OF DAVID A. O'HARA

STATE OF OREGON                    )
COUNTY OF MULTNOMAH        )

Before me, the undersigned Notary Public, in and for said State and in said County, personally appeared David A. O'Hara, who being known to me, upon oath duly administered, deposed and said as follows:

1.      My name is David A. O'Hara.  I am over 21 years of age, and I have personal knowledge of the facts set forth herein.  I am the litigation manager of U.S. Bancorp Equipment Finance, Inc. ("U.S. Bancorp"), and I am authorized to execute this affidavit on its behalf and in support of U.S. Bancorp's claims in the above-styled case.  This affidavit is given on the basis of my personal knowledge and review of the records of U.S. Bancorp pertaining to the indebtedness referred to herein and kept in the ordinary course of business by the office of U.S. Bancorp in Portland, Oregon.

2.      U.S. Bancorp and R & R Freight Company, Inc. ("R & R") executed a Master Equipment Lease dated March 30, 2000, Lease No. 0013834 and Supplements No. 001 and No. 002, (the "Lease").  A true and correct copy of the Lease is attached hereto as Exhibit A.

3.      Pursuant to the Lease, R & R took possession of the equipment and agreed to make monthly payments to U.S. Bancorp.

4.      R & R defaulted under the Lease by, among other things, failing to make the required monthly payments.  As a result, U.S. Bancorp exercised its rights under the Lease to declare all unpaid rent immediately due and payable, and to take possession of and sell the equipment in partial satisfaction of the amounts owed pursuant to the Lease.  As of August 24, 2005, the debt remaining after the sale of the equipment is $123,956.73, plus interest, costs, and attorney's fees.

5.      After all due credits, R & R is indebted to U.S. Bancorp under the terms of the Lease in the amount of $123,956.73, exclusive of attorneys' fees and other costs of collection, all of which are provided for in the Lease.

6.      As a condition of U.S. Bancorp's extension of credit to R & R, William A. Roberts ("Roberts") executed and delivered to U.S. Bancorp a Guaranty (Personal) (the "Guaranty"), dated March 30, 2001 guaranteeing payment of all debts of R & R to U.S. Bancorp.  A true and correct copy of the Guaranty is attached hereto as Exhibit B.

7.      Pursuant to the Guaranty, Roberts guaranteed the full, prompt, absolute and unconditional payment to U.S. Bancorp of all obligations of R & R to U.S. Bancorp, and Roberts agreed to pay all of U.S. Bancorp's costs and expenses, including attorneys' fees and legal expenses, incurred by U.S. Bancorp in connection with the enforcement of the Guaranty.

Accordingly, under the terms of the Guaranty, Roberts is indebted to U.S. Bancorp in the amount of $123,956.73, plus interest and all costs of collection, including reasonable attorneys' fees.

8.    U.S. Bancorp has demanded payment by Roberts of the amounts owed by R & R to U.S. Bancorp under the terms of the Guaranty, and Roberts has failed and refused to pay such amounts.

9.    The amount now due U.S. Bancorp under the Lease and the Guaranty, exclusive of attorneys fees, is 123,956.73.

10.    U.S. Bancorp and Roberts executed a Master Equipment Lease dated March 30, 2000, Lease No. 0010951 and Supplement No. 001 thereto (the "Individual Lease"). A true and correct copy of the Individual Lease is attached hereto as Exhibit C.

11.    Roberts defaulted under the Individual Lease by, among other things, failing to make the required monthly payments. As a result, U.S. Bancorp exercised its rights under the Individual Lease to declare all unpaid rent immediately due and payable, and to take possession of and sell the equipment in partial satisfaction of the amounts owed pursuant to the Individual Lease. As of August 24, 2005, the debt remaining after the sale of the equipment is $117,214.36, plus interest, costs, and attorney's fees

12.    The amount now due U.S. Bancorp under the Individual Lease, exclusive of attorneys fees, is $117,214.36.

13.    U.S. Bancorp has demanded payment by Roberts of the amounts owed by R & R to U.S. Bancorp under the terms of the Individual Lease, and Roberts has failed and refused to pay such amounts.

14.    Accordingly, R&R is indebted to U.S. Bancorp for $123,956.73, exclusive of attorneys fees, and Roberts is indebted to U.S. Bancorp for $241,171.09, exclusive of attorneys fees.

Further affiant saith not.



_____
David A. O'Hara

Sworn and subscribed before me
this _11th_ day of _October_, 2005.

_Valerie Rivera_
NOTARY PUBLIC

My Commission expires: _4-14-07_