IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANCORP EQUIPMENT FINANCE, INC., a corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:05cv481-T |
| R & R FREIGHT COMPANY, INC., a corporation, and WILLIAM A. ROBERTS, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of plaintiff's motion for default judgment (Doc. No. 13), it is ORDERED that defendants show cause, if any there be, in writing by November 21, 2005, as to why said motion should not be granted. Defendants are informed that if they fail to respond within the time allowed, the court will grant the relief requested in the motion.

**The clerk of the court is DIRECTED to mail a copy of this order to the defendants by certified mail, return receipt requested.**

**DONE, this the 2nd day of November, 2005.**

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**