US Bancorp

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William A. Roberts
4185 Washington Street
Alexander City, AL 35010

3:05CV481 (Order Doc #14)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 2789

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Sandra Roberts  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Sandra Roberts
C. Date of Delivery: NOV 10 2005
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

US Bancorp

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R & R Freight Company, Inc.
4185 Washington Street
Alexander City, AL 35010

3:05CV481 (Order Doc #14)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 2772

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Sandra Roberts  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Sandra Roberts
C. Date of Delivery: NOV 10 2005 (Alexander City, AL)
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540