IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANCORP EQUIPMENT FINANCE, INC., a corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:05cv481-T (WO) |
| R & R FREIGHT COMPANY, INC., a corporation, and WILLIAM A. ROBERTS, | ) ) ) ) | |
| Defendants. | ) | |

OPINION

This cause is before the court on the plaintiff U.S. Bancorp Equipment Finance, Inc.'s motion for entry of a default judgment in the amounts of $ 128,831.70 against defendant R & R Freight Company, Inc and $ 246,046.06 against defendant William A. Roberts.

The record in this case reflects that the defendants were served with a copy of the summons and complaint; that they have failed to respond to the summons and complaint within the time allowed; and that they have

failed to respond to an order of this court to show cause as to why final judgment should not be entered against them.  Accordingly, this court is of the opinion that the plaintiff's motion for entry of default judgment should be granted and that judgment by default in the amount requested should be entered against the defendants.

A judgment will be entered in accordance with this opinion.

DONE, this the 23rd day of November, 2005.


                  /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE