IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
U.S. BANCORP EQUIPMENT      )
FINANCE, INC.,              )
a corporation,              )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       3:05cv481-T
                            )          (WO)
R & R FREIGHT COMPANY,      )
INC., a corporation, and    )
WILLIAM A. ROBERTS,         )
                            )
     Defendants.            )
```

**JUDGMENT BY DEFAULT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court that:

(1) Plaintiff U.S. Bancorp Equipment Finance, Inc.'s motion for entry of default judgment (Doc. No. 13) is granted.

(2) Plaintiff U.S. Bancorp Equipment Finance, Inc. shall have and recover $ 128,831.70 of defendant

R & R Freight Company, Inc. and $ 246,046.06 of defendant William A. Roberts.

It is the further ORDER of this court that costs are taxed against the defendants R & R Freight Company, Inc. and William A. Roberts, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of November, 2005.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE