IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| U.S. Bancorp Equipment Finance, Inc.<br><br>  Plaintiff,<br><br>v.<br><br>R & R Freight Company, Inc., et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:05cv00481-MHT<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF JUDGMENT

   I, Debra P. Hackett, Clerk of the United States District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 23rd day of November, 2005, judgment by default was rendered in favor of plaintiff U.S. Bancorp Equipment Finance, Inc. and against defendant, R. & R Freight Company, Inc., 4185 Washington Street, Alexander City, AL 35010, in the amount of One Hundred Twenty Eight Thousand Eight Hundred Thirty One Dollars and 70/100 ($128,831.70), plus costs herein incurred.

   I do further certify that Clyde Ellis Brazeal, III, Walston Wells Anderson & Bains LLP, PO Box 830642, Birmingham, AL 35283-0642, is the attorney of record for the plaintiff.

   WITNESS my hand and seal of this court on this 11th day of August, 2006.

DEBRA P. HACKETT, CLERK
United States District Court
for the Middle District of Alabama

By: *[signature]*
Deputy Clerk